UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :
RICHARD MEIJA,                        :
                                                       :
                              Plaintiff,        :
                                                       :                 22-CV-3569 (VSB)
                         -against-                     :
                                                       :                      **ORDER**
INTELLIPURE, INC.,                   :
                                                       :
                              Defendant.      :
                                                        :
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiff filed this action on May 3, 2022. (Doc. 1.) On June 14, 2022, Plaintiff returned a summons indicating that Defendant had been served on May 31, 2022. (Doc. 5.) Defendant's response to Plaintiff's complaint was thus due on June 21, 2022. (*Id.*) Defendant has yet to appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, Plaintiff must seek default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 22, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 28, 2022
               New York, New York

                                                              _____
                                                              VERNON S. BRODERICK
                                                              United States District Judge