UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RICHARD MEJIA, :
:
                    Plaintiff, :
: 22-CV-3569 (VSB)
      -against- :
: **ORDER**
INTELLIPURE, INC., :
:
                 Defendant. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On September 30, 2022, the Plaintiff in this action informed me that the parties had finalized a settlement agreement and "once Plaintiff has received the consideration required and expected by October 5, 2022, the parties will respectfully request that the case be dismissed and closed." (Doc. 11). Accordingly, it is hereby:

ORDERED that the parties file a joint letter by October 21, 2022 indicating whether final payment has been received and whether this action can be closed.

SO ORDERED.

Dated: October 17, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge