UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
RICHARD MEJIA, :
:
Plaintiff, :
: 22-CV-3569 (VSB)
-against- :
: **ORDER**
:
INTELLIPURE, INC., :
:
Defendant. :
:
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On October 17, 2022, I ordered the parties to file a joint letter by October 21, 2022 indicating whether final payment has been received and this action can be closed. (Doc. 12). As of the date of this order, the parties have not provided any update as to the status of the final payment and whether this action can be closed. Accordingly, it is hereby

ORDERED that the parties comply with my October 17, 2022 Order, (Doc. 12), and file a joint letter on the docket by November 3, 2022 indicating whether final payment has been received and the action can be closed.

SO ORDERED.

Dated: October 31, 2022
New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge