

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

November 3, 2022

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**VIA ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/4/2022
The Clerk of Court is respectfully directed to close this action.

Re:   *Mejia v. Intellipure, Inc.,* Case No. 1:22-cv-3569

Dear Judge Broderick:

We represent plaintiff Richard Mejia ("Plaintiff") in the above-referenced class action. We respectfully write on behalf of both parties in response to the Court's order of October 31, 2022. *See* Docket No. 13. Payment has been received, as such, the parties respectfully request the court close this action with prejudice.

Respectfully submitted,
/s/ *Edward Y. Kroub*
EDWARD Y. KROUB


Respectfully submitted,
/s/ *William N. Aumenta*
William N. Aumenta


Cc:   All Counsel of Record (via ECF)